UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.  3:98-cr-23-J-20C

MICHAEL LAMAR PERRY

---

ORDER

This cause is before the Court on the Defendant's [pro se] "Motion under 18 USC § 3582(c)(2) for Reduction of Sentence ..." (Doc. 192), filed on March 18, 2008. On July 9, 2008, the United States Probation Office filed a supplemental memorandum to the Defendant's Presentence Investigation Report advising the Court that the Defendant is ineligible for a reduction of sentence under the retroactive crack cocaine amendment because he was sentenced pursuant to the career offender provisions of the sentencing guidelines, that is, his guideline calculations were dictated by the career offender provisions.

The Defendant's Response Regarding Sentence Reduction (Doc. 201) was filed on October 10, 2008.  Counsel for the Defendant advises the Court that he is aware of the ruling by the Eleventh Circuit Court of Appeals in United States v. Moore, 541 F.3d 1323 (11th Cir. 2008), that a defendant generally is ineligible for a reduction of sentence if he was sentenced as a career offender, with limited exception, but requested that the Defendant be given the benefit of the retroactive crack cocaine amendment.

The Government filed a Response (Doc. 203) which concurs with the position taken by the United States Probation Office that the Defendant is ineligible for a reduction of sentence because he was sentenced pursuant to the career offender provisions of the sentencing guidelines. On November 7, 2008, counsel for the Government filed a Notice (Doc. 204) advising the Court that the Eleventh Circuit has denied the petition for rehearing en banc in Moore.

The Court finds that pursuant to Moore and the United States Sentencing Guidelines the Defendant is ineligible for a reduction of sentence because he was sentenced as a career offender, and no other factual or legal basis exists to support a reduction of sentence. Upon review of the matter, it is

**ORDERED AND ADJUDGED**:

1. That the stay in this case is lifted; and

2. That the Defendant's [pro se] "Motion under 18 USC § 3582(c)(2) for Reduction of Sentence ..." (Doc. 192) is denied.

**DONE AND ORDERED** this ___3rd___ day of December 2008.

_Howell W. Melton_
Senior United States District Judge

Copies:

    Counsel of Record
    Defendant